USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH FALZONE, on behalf of himself
and all others similarly situated,

                      Plaintiff,

v.

GENESCO INC. and
HAL N. PENNINGTON,

                      Defendants.

07-CV-11146
(LAP)

---

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and defendants, by their undersigned counsel, as follows:

1. Defendants shall not be required to move, answer or otherwise respond to the complaint in the above-captioned action until after the Court orders the appointment of Lead Plaintiff and approves Lead Plaintiff's retention of Lead Counsel.

2. Subsequent to the Court's appointment of Lead Plaintiff and approval of Lead Plaintiff's retention of Lead Counsel, the parties shall confer and submit to the Court for approval a further stipulation setting forth the date for Lead Plaintiff to file a consolidated complaint and for Defendants to move, answer or otherwise respond to that complaint.

3. By executing this Stipulation the parties have not waived and expressly retain all rights, claims, defenses, and arguments, whether procedural, substantive or otherwise.

Dated: New York, New York
December 27, 2007

WOLF POPPER LLP

By: /s/ Robert C. Finkel
Marian P. Rosner (MR-0410)
Robert Finkel (RF-2373)
Michael A. Schwartz (MS-2352)
James Kelly-Kowlowitz (JK-9616)
845 Third Avenue
New York, New York 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

*Attorneys for Plaintiff*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Adam R. Shaw
Adam R. Shaw (AS-7671)
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Jonathan D. Schiller
David R. Boyd
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*Attorneys for Defendant Genesco Inc. and Hal N. Pennington*

IT IS SO ORDERED, this 3rd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

Part I