UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

JOSEPH FALZONE, on behalf of himself
and all others similarly situated,                                   07-CV-11146
                                                                                 (LAP)
                          Plaintiff,

    v.

GENESCO INC. and
HAL N. PENNINGTON,

                          Defendants.
───────────────────────────────────────────────

**DEFENDANT GENESCO INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Fed.R.Civ.P. 7.1, Defendant Genesco Inc. states that it has no parent corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated: December 28, 2007            **BOIES, SCHILLER & FLEXNER LLP**
       New York, New York

                            By:    /s/Adam R. Shaw_____
                                     Adam R. Shaw (AS-7671)
                                     575 Lexington Avenue
                                     New York, New York 10022
                                     Tel: (212) 446-2300
                                     Fax: (212) 446-2350

                                     Jonathan D. Schiller
                                     David R. Boyd
                                     5301 Wisconsin Avenue, N.W.
                                     Suite 800
                                     Washington, D.C. 20015
                                     Tel: (202) 237-2727
                                     Fax: (202) 237-6131

                                   *Attorneys for Defendant Genesco Inc.*
                                    *and Hal N. Pennington*